# MARK S. WALLACH
**Trustee in Bankruptcy**

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202

*9/13/10*
*179.89*
*MD*

September 9, 2010

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Re: Richard A. Ball
BK NO. 09-10994K

Dear Sir or Madam:

I have stopped payment on the following dividend checks issued in the above-captioned case:

Claim No. 9 - Check No. 10113 dated May 12, 2010 made payable to GE Money Bank d/b/a AAMCO/GEMB, c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL, 33131 for $108.58.

Claim No. 10 - Check No. 10114 dated May 12, 2010 made payable to GE Money Bank d/b/a Walmart, c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL, 33131 for $71.31.

Dividend checks mailed to record address - checks remain uncashed.

I am herewith enclosing my Trustee check payable to the Clerk of the U.S. Bankruptcy Court for the sum of $179.89 representing the aggregate of the two checks specified hereinabove.

Should you have any questions, please contact the undersigned.

Very truly yours,

BY: /s/ Mark S. Wallach, Trustee

MSW:sn
Enclosure

[FILED SEP 13 2010 BANKRUPTCY COURT BUFFALO, N.Y.]